Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | CR NO. **4:24-cr-554** |
|  | § § § § § § § § § § § § § § § | **FILED UNDER SEAL** |
| 9.   Paul Santos Gonzalez | | |
| *Defendants* | | |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
(Conspiracy to Possess with Intent to Distribute a Controlled Substance)

From November of 2021 through the date of this Indictment, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,



**Paul Santos Gonzalez,**

1

did knowingly and intentionally conspire and agree with each other and persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance, to wit: 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(ii).

A TRUE BILL:

**Original Signature on File**
FOREMAN OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Shelley J. Sullivan*
SHELLEY J. SULLIVAN
Assistant United States Attorney

*Jennifer Stabe*
JENNIFER STABE
Assistant United States Attorney